# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| JAMES COURY HOLMES, | * |
| | * |
| Plaintiff, | *  CIVIL ACTION NO.: 2:15-cv-155 |
| | * |
| v. | * |
| | * |
| HARRELL WATTS; RAYMOND E. HOLT; | * |
| JOHN V. FLOURNOY; KATRINA | * |
| HECKARD; and AUDREY ANDERSON, | * |
| | * |
| Defendants. | * |

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's January 15, 2016, Report and Recommendation, dkt. no. 12, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** as the opinion of the Court, and Plaintiff's Objections, dkt no. 15, are **OVERRULED**.[1]

The Court **DISMISSES** Plaintiff's Complaint and **DENIES** Plaintiff leave to appeal *in forma* pauperis. The Clerk of Court

---
[1] In his Objections, Plaintiff continues to focus on the Bureau of Prison's Program Statement. However, as the Magistrate Judge explained at length, Plaintiff misunderstands the purpose and import of the Program Statement. Dkt. No. 12, pp. 16-17. Additionally, the allegation that the Bureau of Prisons or one of its employees violated a regulation or policy fails to rise to the level of a constitutional claim. Id. at p. 8.

is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 14 day of March, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA